UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80852-WPD

LAWRENCE FELTZIN,

    Plaintiff,
v.

P.B.G.S., LTD.,

    Defendant.
_____/

**ORDER APPROVING STIPULATION OF DISMISSAL**

THIS CAUSE is before the Court upon the Joint Stipulation of Final Dismissal With Prejudice (the "Stipulation") [DE 15], filed herein on November 5, 2024. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 15] is hereby **APPROVED**;

2. The above-styled action is hereby **DISMISSED** with prejudice, with each party to bear its own attorneys' fees and costs; and

3. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida on this 6th day of November, 2024.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

2